**Onterio Dimitri BROWN, Petitioner–Appellant,**

v.

**Loretta KELLEY, Respondent–Appellee.**

No. 01–7388.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Onterio Dimitri Brown, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Onterio Dimitri Brown appeals the district court's order and order on reconsideration denying relief on his petition filed under 28 U.S.C.A. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Brown v. Kelley,* No. CA–01–999–AM (E.D. Va. July 10 & Aug. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*